

# THE THIRTEENTH COURT OF APPEALS

## 13-13-00384-CR

JUSTIN DALE BARTO
v.
THE STATE OF TEXAS

On Appeal from the
219th District Court of Collin County, Texas
Trial Cause No. 219-82571-2012

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be AFFIRMED. The Court orders the judgment of the trial court AFFIRMED.

We further order this decision certified below for observance.

March 6, 2014